IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| Malachi York a/k/a Maku: <br> "Chief" Black Thunderbird "Eagle", <br>     Plaintiff <br><br> v. <br><br> Mitch Lovick, <br>     Defendant | Civil Action No. 5:04-cv-0202-2DF |

1. The action arises under of 42 USC 1983 and the First and Fourteenth Amendment of the United States Constitution

2. On June 23, 2004 A.D. Mitch Lovick refused the plaintiffs irreplaceable legal documents to be retrieved by the plaintiff's family and has kept them in his possession. These verifications of legal rights in Africa that were to be given to his attorney Francis Y. Garlawalu

3. Mitch Lovick is included in a suit filed in the International Criminal Court Docket File Number PK/VZ/hf. He has demonstrated maliciousness towards the Plaintiff as a result of his inclusion in this suit.

4. As a result of these actions, Plaintiff has been impaired in his legal defense and has suffered violations of his constitutional right to due process secured by the fourteenth amendment of the United States Constitution his United States Constitution first amendment right to petition, federal regulations and internal Bureau of Prison Guidelines and has suffered great mental stress.



Wherefore plaintiff demands judgment against defendant in the sum of 100,000 United States Dollars and costs.

Signed: _____

Malachi York aka
Maku: "Chief" Black Thunderbird
"Eagle", *pro se*
123 Holmes Hawkins Drive
Jones County Jail
Gray, Georgia

VERIFICATION

I, Malachi York, affirm that the statements in this civil complaint regarding Mitch Lovick are accurate and true

_____
Malachi York/AFFIANT

_6/28/04_____
Date

Sworn and subscribed before me, this **JUN 2 8 2004** day of June 2004 A.D.

_____
Notary Public

My Commission Expires January 29, 2006
Commission

SEAL