IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MALACHI YORK a/k/a MAKU: "CHIEF"
BLACK THUNDERBIRD "EAGLE,"

    Plaintiff,

vs.                              5:04CV202(DF)

MITCH LOVICK,

    Defendant.

## ORDER

The Court entered an Order in this case on November 17, 2004 (tab 3), requiring Plaintiff York to show cause no later than December 1, 2004, why his lawsuit should not be dismissed *sua sponte* under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Plaintiff was warned that his failure to respond would result in the dismissal of his case without further delay. Plaintiff did not respond to the Court's Order.

Accordingly, Plaintiff's case is **DISMISSED** with prejudice.

SO ORDERED, this 29th day of December, 2004.

DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew